IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD M. LINDSAY,

    Plaintiff,                            Case No.:      8:11-cv-00319-SCB-MAP

v.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.
_____/

### NOTICE OF PENDING SETTLEMENT IN RE THE TCPA CLAIM

Defendant, NCO Financial Systems, Inc. ("NCO") by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to plaintiff's TCPA claim against NCO. The parties are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court. In that the parties previously settled the FDCPA and FCCPA claims, there are no more open or pending claims, and the case can be fully dismissed upon receipt of the parties final dismissal pleading.

                                          Respectfully submitted,

                                          /s/Kenneth C. Grace
                                          Kenneth C. Grace, Esq.
                                          Florida Bar No.: 0658464
                                          Sessions, Fishman, Nathan & Israel, L.L.C.
                                          3350 Buschwood Park Drive, Suite 195
                                          Tampa, FL 33618
                                          Tele:  (813) 890-2463; Fax: (866) 466-3140
                                          kgrace@sessions-law.biz
                                          *Counsel for Defendant*
                                          *NCO Financial Systems, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of August 2011 a copy of the foregoing was filed electronically via CM/ECF and served via U.S. Regular Mail postage prepaid to:

Brian P. Parker, Esq.
30700 Telegraph Road, Suite 1580
Bingham Farms, Michigan 48025

/s/Kenneth C. Grace
Attorney

507622