IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD M. LINDSAY,

    Plaintiff,

V                                       Case No. 8:11-cv-00319

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.

_____/

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL OF PLAINTIFF'S TCPA CLAIM

Plaintiff, Richard M. Lindsay, through his attorney of record, and Defendant NCO Financial Systems, Inc., through its attorney of record, Case No. 11-cv-00319 having resolved all matters in controversy, stipulate to its immediate dismissal of Plaintiff's TCPA claim, with prejudice and without costs and attorney's fees to any party.


/s/Brian P. Parker
Brian P. Parker (0980668)
Attorney for Plaintiff
LAW OFFICES OF BRIAN P. PARKER, PC
30600 Telegraph Rd., Ste. 1350
Bingham Farms, MI 48025
Tel: (248) 642-6268
Fax: (248) 642-8875
brianparker@collectionstopper.com

/s/Kenneth C. Grace
Kenneth C. Grace (0658464)
Attorney for Defendant
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
3350 Buschwood Park Drive, Ste. 195
Tampa, FL 33618
Tel: (813) 890-2465
Fax: (813) 466-3140
kgrace@sessions-law.biz

Dated: August 24, 2011

Dated: August 24, 2011